UNITED STATES BANKRUPTCY COURT
Northern _____ DISTRICT OF Illinois

In re Hill, Robert Lee
Debtor

Case No. 07-12553

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 6850 in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I v neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ 68.50 _____ Check one ☐  With the filing of the petition, or
   $ 68.50 _____          ☐  On or before
   $ 68.50 _____ on or before August 13, 2007
   $ 68.50 _____ on or before September 13, 2007
   $ 68.50 _____ on or before October 13, 2007

The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last Installment is paid not later than 180 days after the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my de

_____   _____
Signature of Attorney     Date

X Robert L Hill   7/13/07
Signature of Debtor   Date
(In a joint case, both spouses must sign.)

_____
Name of Attorney

_____   _____
Signature of Joint Debtor (if any)   Date

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have pro debtor with a copy of this document. I also certify that I will not accept money or any other property from the debtor before the filing fee is paid in full.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security No

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____
Signature of Bankruptcy Petition Preparer

_____
Date

7/13/07

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

*FILED JUL 13 2007 KENNETH S. GARDNER, UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS*