IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hill, Robert L

Printed: 10/9/07

Case Number: 07 B 12553
Judge: Goldgar, A. Benjamin
Filed: 7/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 28, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 2. | CitiFinancial | Secured | 0.00 | 0.00 |
| 3. | HFC | Secured | 0.00 | 0.00 |
| 4. | CitiFinancial | Secured | 0.00 | 0.00 |
| 5. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 6. | City Of Chicago | Unsecured | 0.00 | 0.00 |
| 7. | City Of Chicago | Unsecured | 0.00 | 0.00 |
| 8. | City Of Chicago | Unsecured | 0.00 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 0.00 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 0.00 | 0.00 |
| 11. | City Of Chicago | Unsecured | 0.00 | 0.00 |
| 12. | City Of Chicago | Unsecured | 0.00 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 0.00 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 0.00 | 0.00 |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hill, Robert L

Printed: 10/9/07

Case Number: 07 B 12553
Judge: Goldgar, A. Benjamin
Filed: 7/13/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_